UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 20-9972 MRW | Date | February 25, 2021 |
|---|---|---|---|
| Title | Omar Luna v. Young Keun Lee | | |

Present: The Honorable   Michael R. Wilner

| Veronica Piper | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None present | None present |

**Proceedings:** **ORDER TO SHOW CAUSE RE: DISMISSAL OF UNSERVED CIVIL ACTION**

Plaintiff filed this civil action on October 29, 2020. The case was randomly assigned to Judge Wilner through the Court's Magistrate Judge Direct Assignment Program. Pursuant to Federal Rule of Civil Procedure 4(m), Plaintiff was required to serve process in this action within 90 days of commencement of the action, or by January 27, 2021. However, according to Plaintiff's status report regarding service (Docket # 8), no proof of service has been filed in the action yet.

Plaintiff is ORDERED to show cause why the action should not be returned to the civil wheel for reassignment to a District Judge with a recommendation that it be dismissed for failure to prosecute. Plaintiff's response to this OSC will be due by March 11, 2021.