# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 20-9972 MRW | Date | March 1, 2021 |
| Title | Omar Luna v. Young Keun Lee | | |

Present: The Honorable  Michael R. Wilner

| Veronica Piper | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None present | None present |

**Proceedings:**  **(IN CHAMBERS) ORDER RE: ORDER TO SHOW CAUSE**

    The Court issued an order to show cause of unserved litigant in this civil action. (Docket 10). In response, plaintiff filed a notice dismissing this action with prejudice. (Docket 11). The previous order is DISCHARGED with no further consequence. Plaintiff's dismissal of this action with prejudice is GRANTED.